BRENT M. FINCH, ESQ., SBN 202866
SCOTT D. BLEIFER, ESQ., SBN 161737
**FINCH TETZLAFF, LLP**
A Professional Law Corporation
27200 Agoura Road, Suite 102
Calabasas, California 91301
Tel:    (818) 436-6411

Attorneys for Plaintiff
COASTAL PACIFIC FOOD DISTRIBUTORS, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| COASTAL PACIFIC FOOD DISTRIBUTORS, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ITS LOGISTICS, LLC, a Delaware Limited Liability Company; SLMG TRANSPORT, INC. a Colorado corporation, and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No.<br><br>**COMPLAINT FOR;**<br>   **1. VIOLATION OF THE CARMACK AMENDMENT (49 U.S.C. §14706)**<br>   **2. CONVERSION; AND**<br>   **3. BREACH OF CONTRACT** |

Plaintiff, COASTAL PACIFIC FOOD DISTRIBUTOS, INC., a California corporation, hereby alleges the following causes of action against Defendants, ITS LOGISITICS, LLC, a Delaware Limited Liability Company, SLMG TRANSPORT, INC, a Colorado corporation, and DOES 1 through 10, inclusive.

**THE PARTIES**

1.    Plaintiff, COASTAL PACIFIC FOOD DISTRIBUTORS, INC. (alternatively "Plaintiff" or "CPFD"), is, and at all relevant periods alleged herein was, a California corporation, organized and existing under and by virtue of the laws of the State of California. CPFD is a world-wide military distributor of food and related products. As part of CPFD's business operations, it will hire commercial transportation carriers to pick-up and deliver goods throughout the United States.

- 1 -
**COMPLAINT**

2.      Plaintiff is informed and believes, and thereon alleges, that at all times relevant hereto, Defendant ITS LOGISTICS, LLC, is a Delaware limited liability company qualified to do business in California ("ITS"), and is a third-party logistics company that provides transportation services throughout North America.

3.      Plaintiff is informed and believes, and thereon alleges, that at all times relevant hereto, Defendant SLMG TRANSPORT, INC. is a Colorado corporation ("SLMG") and is Department of Transportation registered motor carrier.

4.      The true names and capacities, whether individual, corporate, associate, representative, or otherwise, of Defendants named herein as DOES 1 through 10, inclusive, are unknown to Plaintiff at this time, who therefore sues said Defendants by such fictitious names. Plaintiff will seek leave of Court to amend this Complaint to allege their true names and capacities when ascertained. Plaintiff is informed and believes, and thereon alleges, that at all relevant times herein, each of the fictitiously named Defendants was in some manner responsible for the indebtedness alleged herein. Wherever appearing in this Complaint, each and every reference to "Defendant" is intended and shall be a reference to all Defendants in this action, and each of them, including but not limited to all fictitiously named.

5.      Plaintiff is informed and believes, and thereon alleges, that each of the Defendants named herein, fictitiously or otherwise, was at all relevant times, the agent, employee, alter ego or representative of the remaining Defendants, and while incurring the debts herein alleged, was at all times acting within the scope of such alter ego, agency, employment or representation, and that Defendants, and each of them, combined and conspired to do each of the things hereinafter alleged and are jointly severally liable for the acts complained of herein.

6.      Plaintiff is informed and believes, and thereon alleges that each of the Defendants sued herein, including the Defendants named Does 1 through 10, inclusive, is and was negligently, tortuously, contractually, comparatively and/or in some other manner responsible, in whole or in part, for the acts and injuries which Plaintiff herein allege.

///

///

**JURISDICTION AND VENUE**

7.    This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. §1337 (Carmack Amendment) as this action involved the liability of a motor carrier under 49 U.S.C. 14706 and the amount of controversy exceeds $10,000.00 exclusive of interest and costs.

8.    Venue is proper in the Eastern District Court pursuant to 28 U.S.C. §1391(b)(2) as the defendants' obligations to deliver certain food products was to be performed in the City of Stockton, the County of San Joaquin, in the state of California.

**FIRST CAUSE OF ACTION**

**(Violation of the Carmack Amendment as Against All Defendants – 49 U.S.C. §14706)**

9. Plaintiff hereby incorporates by reference as though fully set forth, the entirety of paragraphs 1 through 8, above.

10.    The Carmack Amendment (49 U.S.C. §14706) provides in pertinent part that a carrier and any other carrier that delivers the property and is providing transportation or service subject to jurisdiction under subchapter I or III of chapter 135 or chapter 105 are liable to the person entitled to recover under the receipt or bill of lading. The liability imposed under this paragraph is for the actual loss or injury to the property caused by (A) the receiving carrier, (B) the delivering carrier, or (C) another carrier over whose line or route the property is transported in the United States or from a place in the United States to a place in an adjacent foreign country when transported under a through bill of lading and, except in the case of a freight forwarder, applies to property re-consigned or diverted under a tariff under section 13703. Failure to issue a receipt or bill of lading does not affect the liability of a carrier. A delivering carrier is deemed to be the carrier performing the line-haul transportation nearest the destination but does not include a carrier providing only a switching service at the destination.

11.    On or about **August 21, 2017**, Plaintiff entered into a contract with ITS for the transportation of food products from Alfa Supply Co., Inc. in Charleston, South Carolina to Plaintiff in Stockton, California, P.O. #362728, with a delivery date of **August 28, 2017**. These food products were ordered by the United States Department of Defense, Defense Logistics Agency for required sailing on a cargo ship out of the Port of Oakland with an in-gate deadline of **August 31, 2017**. A

true and correct copy of the email exchange between Plaintiff and ITS regarding the terms of the contract are attached hereto as **Exhibit "A"**.

12.    Plaintiff is informed and believes and thereon alleged that on or about **August 21, 2017**, ITS entered into a contract with SLMG to transport Plaintiff's food products from Alfa Supply Co., Inc. in Charleston, South Carolina to Plaintiff in Stockton, California, Load #107585.

13.    Plaintiff is informed and believes and thereon alleged that on or about **August 22, 2017**, SLMG picked up Plaintiff's food products at Alfa Supply Co., Inc. in Charleston, South Carolina that were to be delivered to Plaintiff in Stockton, California by **August 28, 2017**. The value of the food products was **$18,596.91**. A true and correct copy of the packing list from Alfa Supply, Inc. signed by SLMG is attached hereto as **Exhibit "B"**.

14.    Plaintiff is informed and believes and thereon alleges that on **August 25, 2017**, Defendants attempted to deliver Plaintiff's food products, which was three days before its scheduled time and was after hours when Plaintiff was unavailable to receive it. Defendants then demanded additional fees to store the food products and refused to deliver the food products until they were paid the additional fees.

16.    On or about **August 28, 2017**, Defendants refused and failed to deliver Plaintiff's food products, which was a critical date because the food product were scheduled for delivery by Plaintiff to the Port of Oakland to meet the deadline for cargo shipping overseas to the U.S. Department of Defense. In other words, Plaintiff's food products literally "*missed the boat*" as the Plaintiff could no longer meet the Port of Oakland's cut-off time to deliver the food products for shipment overseas to the Defense Logistics Agency. Once that ship had sailed on **August 31, 2017**, Plaintiff could no longer sell and distribute the food product to the Defense Logistics Agency.

17.    On or about **August 31, 2017**, Plaintiff's provided notice to ITS that it could no longer accept delivery of P.O. #362728 as it was too late and gave notice of its claim relating to the Defendants' failure to deliver the food product. A true and correct copy of the email exchange between Plaintiff and ITS providing notice of Plaintiff's claim is attached hereto as **Exhibit "C"**. Plaintiff is informed and believes and thereon alleges ITS provided notice of Plaintiff's claim to SLMG on or about **September 6, 2017**.

- 4 -
**COMPLAINT**

18. Plaintiff is informed and believes and thereon alleges that when ITS attempted to make other arrangements for SLMG to deliver the load, SLMG refused unless paid additional fees and proceeded to deposit the Plaintiff's load containing food products at a non-food grade warehouse, which was a violation of federal statutes governing the storage of food products and thereby automatically rendering Plaintiff's cargo unsuitable for human consumption.

19. According to 21 U.S.C. section 350d subdivision (2) and 21 U.S.C. section 350j subdivision (a), cargo containing food must be stored in food-grade warehouses that are registered with the Secretary of Health and Human Services and subject to food safety inspections. Defendant's actions of depositing the Plaintiff's load to a non-food grade warehouse was a violation of these federal statutes governing the storage of food products and thereby automatically rendering Plaintiff's cargo unsuitable for human consumption.

20. Defendants are liable to Plaintiff for its full and actual damages as a motor carrier under 49 U.S.C. §14706. Plaintiff's food products were received and transported by Defendants, but delivery did not take place as scheduled and thereafter the food products were rendered worthless due to the decision by Defendants to deposit the goods in a non-food grade warehouse.

21. As a result of Defendants' conduct and actions, Defendant is liable for Plaintiff's actual damages in the amount of **$18,596.91**, together with interest from the date the shipment was to be delivered.

**SECOND CAUSE OF ACTION**

**(Conversion as Against All Defendants)**

22. Plaintiff hereby incorporates by reference as though fully set forth, the entirety of paragraphs 1 through 21, above.

23. On or about **August 21, 2017**, Plaintiff was the owner of food products stored at Alfa Supply Co., Inc. in Charleston, South Carolina that had a value of **$18,596.91**. A true and correct copy of the packing list of the food products is attached hereto as **Exhibit "B"**.

24. According to 21 U.S.C. section 350d subdivision (2) and 21 U.S.C. section 350j subdivision (a), cargo containing food must be stored in food-grade warehouses that are registered with the Secretary of Health and Human Services and subject to food safety inspections. Defendant's

actions of depositing the Plaintiff's load to a non-food grade warehouse was a violation of these federal statutes governing the storage of food products and thereby automatically rendering Plaintiff's cargo unsuitable for human consumption.

25.    On or about **August 28, 2017**, Defendants converted Plaintiff's food products when they deposited the food products at a non-food grade warehouse, which was a violation of federal statutes governing the storage of food products. This act automatically rendering Plaintiff's cargo unsuitable for human consumption. Such an act substantially interfered with Plaintiff's ownership and possessory interest in the food products.

## THIRD CAUSE OF ACTION

### (Breach of Contract as Against All Defendants)

26.    Plaintiff hereby incorporates by reference as though fully set forth, the entirety of paragraphs 1 through 21, above.

27.    Plaintiff is informed and believes and thereon alleged that on **August 25, 2017**, SLMG attempted to deliver Plaintiff's food products, which was three days before its scheduled time and after hours when Plaintiff was unavailable to receive the load. Defendants then demanded additional fees to store the food products and refused to deliver the food products until they were paid the additional fees.

28.    On or about **August 28, 2017**, Defendants refused and failed to deliver Plaintiff's food products, which was a critical date because the food product were scheduled for delivery by Plaintiff to the Port of Oakland to meet the deadline for cargo shipping overseas to the U.S. Department of Defense. In other words, Plaintiff's food products literally "*missed the boat*" as the Plaintiff could no longer meet the Port of Oakland's cut-off time to deliver the food products for shipment overseas to the Defense Logistics Agency. Once that ship had sailed on **August 31, 2017**, Plaintiff could no longer sell and distribute the food product to the Defense Logistics Agency

29.    Plaintiff is informed and believes and thereon alleged that when ITS attempted to make other arrangements for SLMG to deliver the load, SLMG refused unless paid additional fees and proceeded to deposit the Plaintiff's load containing food products at a non-food grade warehouse. SLMG's actions of depositing the Plaintiff's load to a non-food grade warehouse was a violation of

federal statutes governing the storage of food products and thereby automatically rendering Plaintiff's cargo unsuitable for human consumption.

30.    Plaintiff has, and was willing to, perform all conditions, covenants, and promises required on its part to be performed in accordance with the terms and conditions of the contract with ITS, except to the extent it was excused or prevented by the Defendants' actions.

31.    Plaintiff is informed and believes and thereon alleges that Defendants have breached the contract by failing to deliver Plaintiff's food products from Alfa Supply Co., Inc. in Charleston, South Carolina to Plaintiff in Stockton, California on the required date of **August 28, 2017** and by depositing the food products in a non-food grade warehouse.

32.    As a direct and proximate result of Defendants failure to deliver Plaintiff's food products on the required date of **August 28, 2017** and the decision to deposit the food product in a non-food grade warehouse, Plaintiff has been damaged in the principal sum of no less than **$18,596.91**, plus prejudgment interest thereon, from the date the shipment was to be delivered.

### PRAYER

WHEREFORE, Plaintiff prays for judgment against Defendants and each of them, as follows:

1.    For monetary damages in the sum of **18,596.91**;

2.    For costs of suit;

3.    For prejudgment interest, as applicable; and

4.    For such further and additional relief as the Court in its discretion deems just and proper.

Dated:  July 24, 2020

FINCH TETZLAFF, LLP

By: _____

Brent M. Finch
Scott D. Bleifer
Attorneys for Plaintiff
COASTAL PACIFIC FOOD
DISTRIBUTORS, INC.

- 7 -
**COMPLAINT**

# EXHIBIT "A"

Thank you,



**Wes Capps**

Account Executive
Direct:  (775) 501-3266
Main:  (775) 358-5300
Fax:  (877)  361-6113
50 W. Liberty St., Suite 400
Reno, Nevada 89501

wcapps@itsnational.com
itsnational.com

---

**From:** Stephen G. Parras [mailto:Stephen.Parras@cpfd.com]
**Sent:** Monday, August 28, 2017 11:28 AM
**To:** Wes Capps <wcapps@itsnational.com>
**Cc:** Cindy E. Williams <Cindy.Williams@cpfd.com>; Kyle Johnson <kyle.johnson@cpfd.com>; Robin Herbst <Robin.Herbst@cpfd.com>
**Subject:** RE: Dry Rate Quote PO # 362728 Alfa Supply
**Importance:** High

Hi Wes,

I just left you a V/M on the delivery of this PO 362728.  You and I confirmed a delivery today at 7am for this load and I see that it got rescheduled to 11am now.  What is going on?  Se the attached e-mail from the shipper,  your driver called them talking about detention fees.   I need you to get ahold of this driver and at your expense hand off to another carrier for delivery.

Stephen Parras
Coastal Pacific Food Distributors
Prime Vendor Division
Transportation Dept.
1015 Performance Drive
Stockton, Ca. 95206
(209) 983-2454 Ext 213
(209) 983-8543 Fax

---

**From:** Wes Capps [mailto:wcapps@itsnational.com]
**Sent:** Monday, August 21, 2017 7:40 AM
**To:** Stephen G. Parras
**Cc:** Cindy E. Williams; Kyle Johnson
**Subject:** RE: Dry Rate Quote PO # 362728 Alfa Supply

Thank you Stephen,

I have this scheduled to pick up tomorrow at 3 PM.

Thanks,

**Wes Capps**

Account Executive
Direct:  (775) 501-3266
Main:  (775) 358-5300

12



Fax: (877) 361-6113
50 W. Liberty St., Suite 400
Reno, Nevada 89501

wcapps@itsnational.com

itsnational.com

**From:** Stephen G. Parras [mailto:Stephen.Parras@cpfd.com]
**Sent:** Monday, August 21, 2017 6:24 AM
**To:** Wes Capps <wcapps@itsnational.com>
**Cc:** Cindy E. Williams <Cindy.Williams@cpfd.com>; Kyle Johnson <kyle.johnson@cpfd.com>
**Subject:** RE: Dry Rate Quote PO # 362728 Alfa Supply
**Importance:** High

Good Morning Wes,

We will accept your dry rate quote price  of $2,295.00 for transportation on PO # 362728.   This load will ship from vendor Alfa Supply in Hanahan, SC with a delivery to in Stockton by 8/28/17.   No sort or seg required at delivery.

I have attached a print screen of the load and it has the vendor contact info needed to schedule the pickup.


Thank you

Stephen Parras
Coastal Pacific Food Distributors
Prime Vendor Division
Transportation Dept.
1015 Performance Drive
Stockton, Ca. 95206
(209) 983-2454 Ext 213
(209) 983-8543 Fax


**From:** Wes Capps [mailto:wcapps@itsnational.com]
**Sent:** Friday, August 18, 2017 7:25 AM
**To:** Stephen G. Parras
**Cc:** Cindy E. Williams; Kyle Johnson
**Subject:** RE: Dry Rate Quote PO # 362728 Alfa Supply

Hello Stephen,

8 days on this one.


Thank you,

**Wes Capps**

Account Executive
Direct:  (775) 501-3266
Main:  (775) 358-5300
Fax:  (877) 361-6113
50 W. Liberty St., Suite 400

13



Reno, Nevada 89501

wcapps@itsnational.com

itsnational.com

---

**From:** Stephen G. Parras [mailto:Stephen.Parras@cpfd.com]
**Sent:** Friday, August 18, 2017 6:35 AM
**To:** Wes Capps <wcapps@itsnational.com>
**Cc:** Cindy E. Williams <Cindy.Williams@cpfd.com>; Kyle Johnson <kyle.johnson@cpfd.com>
**Subject:** RE: Dry Rate Quote PO # 362728 Alfa Supply

Hi Wes,

What is the transit turn time?

Stephen Parras
Coastal Pacific Food Distributors
Prime Vendor Division
Transportation Dept.
1015 Performance Drive
Stockton, Ca. 95206
(209) 983-2454 Ext 213
(209) 983-8543 Fax

---

**From:** Wes Capps [mailto:wcapps@itsnational.com]
**Sent:** Thursday, August 17, 2017 10:21 AM
**To:** Stephen G. Parras
**Subject:** RE: Dry Rate Quote PO # 362728 Alfa Supply

$2,295 all



**Wes Capps**

Account Executive
Direct: (775) 501-3266
Main: (775) 358-5300
Fax: (877) 361-6113
50 W. Liberty St., Suite 400
Reno, Nevada 89501

wcapps@itsnational.com
itsnational.com

---

**From:** Stephen G. Parras [mailto:Stephen.Parras@cpfd.com]
**Sent:** Thursday, August 17, 2017 8:49 AM
**To:** Thomas Brown <thomas.brown@coyote.com>; Buffy.Layne@Coyote.com; Elite <Elite@dtsone.com>; Pilot, Jon <PilotJ@schneider.com>; Stephen Poklacki <spoklacki@arrivelogistics.com>; Wes Capps <wcapps@itsnational.com>
**Cc:** Cindy E. Williams <Cindy.Williams@cpfd.com>; Jo Ann Kautz <JoAnn.Kautz@cpfd.com>; Kyle Johnson <kyle.johnson@cpfd.com>
**Subject:** Dry Rate Quote PO # 362728 Alfa Supply
**Importance:** High

14

Good Morning All,

Can you please provide me a dry rate quote for transportation from the attached print screen?    This load will ship from vendor Alfa Supply in Hanahan, SC with a delivery to in Stockton by 8/28/17.   No sort or seg required at delivery.

Thank you

Stephen Parras
Coastal Pacific Food Distributors
Prime Vendor Division
Transportation Dept.
1015 Performance Drive
Stockton, Ca. 95206
(209) 983-2454 Ext 213
(209) 983-8543 Fax

# EXHIBIT "B"

# ALFA SUPPLY, INC.

5912 CAMPBELL ST.
Hanahan, SC 29410
Phone: (843) 747-5111 Fax: (843) 747-6787

# Packing List

| Account ID 00001061 | Primary Contact STACEY | |
|---|---|---|
| Customer PO 362728 | Telephone (757) 985-3461 | Facsimile (757) 985-3477 |

**Bill To:**

Coastal Pacific Food
Coastal Pacific Food
P.O. BOX 79175
BALTIMORE, MD 21279-0175

**Ship To:**

Coastal Pacific Food
Coastal Pacific Food
1016 PERFORMANCE DRIVE
Stockton, CA 95206

Remit To: P.O. BOX 21288  Charleston, SC 29413-1288

Special Order ☐ Drop Ship ☐

| Invoice Date 08/18/2017 | Comments | | Special Instructions | | Terms 2%10/NET 11 |
|---|---|---|---|---|---|
| Ship Via NONE | Date Required 08/18/2017 | FOB HANAHAN | Ship Date 08/18/2017 | From Invoice# 115444 | Salesperson Cyrus Alfieris |

| Ordered | Shipped | B.O. | Item# | Description |
|---|---|---|---|---|
| 14 | 14 | 0 | 45-2105-00 UOM CS | RAISINS SEEDLESS 6/#10 00060939952105 |
| 7 | 7 | 0 | 40-2605-10 UOM CS | HASHBROWN POTATOES 6/#10 00060939926051 |
| 24 | 24 | 0 | 01-2001AB-10 UOM CS | BISCUIT MIX 6/#10 00060939912001 |
| 20 | 20 | 0 | 04-1009AB-10 UOM CS | BANANA CAKE MIX 6/5 LB BAGS 00060939941009 |
| 98 | 98 | 0 | 02-1005-10 UOM CS | WHITE CAKE MIX 6/#10 ABBY'S 00060939921005 H.S. CODE 19012020 |
| 98 | 98 | 0 | 02-1006-10 UOM CASE | YELLOW CAKE MIX 6/#10 ABBY'S 00060939921006 H.S. CODE 19012020 |
| 4 | 4 | 0 | 02-1502-10 UOM CASE | OATMEAL COOKIE MIX 6/#10 ABBY'S 00060939921502 H.S. CODE 19012010 |
| 98 | 98 | 0 | 02-2010-10 UOM CS | CORN BREAD MIX 6/#10 ABBY'S 00060939922010 HS Code 19012020 |
| 20 | 20 | 0 | 04-1015AB-10 UOM CS | CARROT CAKE MIX 6/5# 00060939941015 |
| 50 | 50 | 0 | 04-1014AB-10 UOM CASE | BROWNIE MIX LOW FAT 6/6# 00060939941014 |
| 40 | 40 | 0 | 70-5637-00 UOM EA | SHORTENING VEG. SEMI SOLID TFF 35# CAN 00080939955370 |

| Packed By | Pulled By | Checked By | # of Cartons | Total Weight |
|---|---|---|---|---|
| | | | | |

Date Printed  08/18/2017

Page # 1

# ALFA SUPPLY, INC.

5912 CAMPBELL ST.
Hanahan, SC 29410
Phone: (843) 747-5111 Fax: (843) 747-6767

**Packing List**

| Account ID | Primary Contact | |
|---|---|---|
| 00001061 | STACEY | |
| Customer PO | Telephone | Facsimile |
| 362728 | (757) 985-3461 | (757) 985-3477 |

**Bill To:**

Coastal Pacific Food
Coastal Pacific Food
P.O. BOX 79175
BALTIMORE, MD 21279-0175

**Ship To:**

Coastal Pacific Food
Coastal Pacific Food
1015 PERFORMANCE DRIVE
Stockton, CA 95206

Remit To: P.O. BOX 21288  Charleston, SC 29413-1288

Special Order ☐ Drop Ship ☐

| Invoice Date | Comments | | | Special Instructions | | | Terms |
|---|---|---|---|---|---|---|---|
| 08/18/2017 | | | | | | | 2%10/NET 11 |
| Ship Via | Date Required | FOB | | Ship Date | From Invoice# | Salesperson | |
| NONE | 08/18/2017 | HANAHAN | | 08/18/2017 | 115444 | Cyrus Alfieris | |
| Ordered | Shipped | B.O. | Item# | | Description | | |
| 180 | 180 | 0 | 30-3527-50 UOM CS | | POWDER BAKING 5# bx 00060939935275 | | |

Comments

Date:          8-22-17

Company: SLMG Transport

Phone #: 409-548.8140

Print name: IRIS Alvarado Valdez

Signed:

| Packed By | Pulled By | Checked By | # of Cartons | Total Weight |
|---|---|---|---|---|
| | cust p/u | | 653 | 16,000# |

Date Printed  08/18/2017

Page # 2

# ALFA SUPPLY, INC.

12695 1

**Invoice#** | 115444

5912 CAMPBELL ST.
Hanahan, SC 29410
Phone: (843) 747-5111 Fax: (843) 747-6787

| Account ID 00001061 | Contact STACEY | |
| --- | --- | --- |
| Customer PO 362728 | Telephone (757) 985-3461 | Facsimilie (757) 985-3477 |

**Bill To:**
Attn: Accounts Payable Dept.

Coastal Pacific Food
Coastal Pacific Food
P.O. BOX 79175
BALTIMORE, MD 21279-0175

**Ship To:**

Coastal Pacific Food
Coastal Pacific Food
1015 PERFORMANCE DRIVE
Stockton, CA 95206

Remit To: P.O. BOX 21288 Charleston, SC 29413-1288

Special Order ☐ Drop Ship ☐

| Invoice Date 08/18/2017 | Comments | | Special Instructions | | | Terms 2%10/NET 11 | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Ship Via NONE | | Date Required 08/18/2017 | FOB HANAHAN | Ship Date 08/18/2017 | From Order# 013115 | Salesperson Cyrus Alfieris | |

| Ordered | Shipped | B.O. | Item# / Description | UOM | Price | Total |
| --- | --- | --- | --- | --- | --- | --- |
| 14 | 14 | 0 | 45-2105-00<br>RAISINS SEEDLESS 6/#10<br>00060939952105 | CS | $43.65 | $611.10 |
| 7 | 7 | 0 | 40-2605-10<br>HASHBROWN POTATOES 6/#10<br>00060939926051 | CS | $52.55 | $367.85 |
| 24 | 24 | 0 | 01-2001AB-10<br>BISCUIT MIX 6/#10<br>00060939912001 | CS | $36.44 | $874.56 |
| 20 | 20 | 0 | 04-1009AB-10<br>BANANA CAKE MIX 6/5 LB BAGS<br>00060939941009 | CS | $36.55 | $731.00 |
| 98 | 98 | 0 | 02-1005-10<br>WHITE CAKE MIX 6/#10 ABBY'S<br>00060939921005<br>H.S. CODE 19012020 | CS | $31.75 | $3,111.50 |
| 98 | 98 | 0 | 02-1006-10<br>YELLOW CAKE MIX 6/#10 ABBY'S<br>00060939921006<br>H.S. CODE 19012020 | CASE | $30.25 | $2,964.50 |
| 4 | 4 | 0 | 02-1502-10<br>OATMEAL COOKIE MIX 6/#10 ABBY'S<br>00060939921502<br>H.S. CODE 19012010 | CASE | $30.75 | $123.00 |
| 98 | 98 | 0 | 02-2010-10<br>CORN BREAD MIX 6/#10 ABBY'S<br>00060939922010<br>HS Code 19012020 | CS | $28.50 | $2,793.00 |
| 20 | 20 | 0 | 04-1015AB-10<br>CARROT CAKE MIX 6/5#<br>00060939941015 | CS | $43.15 | $863.00 |
| 50 | 50 | 0 | 04-1014AB-10<br>BROWNIE MIX LOW FAT 6/6#<br>00060939941014 | CASE | $47.60 | $2,380.00 |

Date Printed 08/30/2017 | If Total Price is not shown, see next page. | Page #1

# ALFA SUPPLY, INC.

5912 CAMPBELL ST.
Hanahan, SC 29410
Phone: (843) 747-5111 Fax: (843) 747-6787

# Invoice#   115444

| Account ID | Contact | |
|---|---|---|
| 00001061 | STACEY | |
| Customer PO | Telephone | Facsimilie |
| 362728 | (757) 985-3461 | (757) 985-3477 |

**Bill To:**

Attn: Accounts Payable Dept.

**Coastal Pacific Food**
Coastal Pacific Food
P.O. BOX 79175
BALTIMORE, MD 21279-0175

**Ship To:**

**Coastal Pacific Food**
Coastal Pacific Food
1015 PERFORMANCE DRIVE
Stockton, CA 95206

Remit To: P.O. BOX 21288  Charleston, SC 29413-1288

Special Order ☐  Drop Ship ☐

| Invoice Date | Comments | | | Special Instructions | | | Terms | |
|---|---|---|---|---|---|---|---|---|
| 08/18/2017 | | | | | | | 2%10/NET 11 | |
| Ship Via | | Date Required | FOB | | Ship Date | From Order# | Salesperson | |
| NONE | | 08/18/2017 | HANAHAN | | 08/18/2017 | 013115 | Cyrus Alfieris | |

| Ordered | Shipped | B.O. | Item#<br>Description | UOM | Price | Total |
|---|---|---|---|---|---|---|
| 40 | 40 | 0 | 70-5537-00<br>SHORTENING VEG. SEMI SOLID TFF 35# CAN<br>00060939955370 | EA | $58.75 | $2,350.00 |
| 180 | 180 | 0 | 30-3527-50<br>POWDER BAKING 5# bx<br>00060939935275 | CS | $7.93 | $1,427.40 |

**Comments**
Payment in Full is required by the Terms set forth above. The prices stated on this Invoice may not reflect any discounts that may be available. We retain full interest of items purchased under this Invoice until full payment has been received.

| | |
|---|---|
| Sub Total | $18,596.91 |
| EXMT 0% Tax | $0.00 |
| Freight | $0.00 |
| Total Invoice | $18,596.91 |
| Deposit | $0.00 |
| Balance | $18,596.91 |

# EXHIBIT "C"

Good Morning,
Can you please provide an update on when payment will be issued for the attached invoice?
Thank you!

Gloria Kimball
Coastal Pacific Foods
Accounts Receivable Manager
757-985-3470  phone
757-985-3477  fax

---

**From:** Gloria Kimball
**Sent:** Tuesday, October 10, 2017 6:47 AM
**To:** 'Wes Capps'; Stephen G. Parras; Julie Terrel
**Cc:** Cindy E. Williams; Kyle Johnson; Robin Herbst; Pete Robancho; Gail Garner
**Subject:** RE: Dry Rate Quote PO # 362728 Alfa Supply

Good Morning Wes,
Could you please provide an update on when payment will be issued for the attached invoice?
Thank you!

Gloria Kimball
Coastal Pacific Foods
Accounts Receivable Manager
757-985-3470  phone
757-985-3477  fax

---

**From:** Gloria Kimball
**Sent:** Tuesday, October 03, 2017 9:20 AM
**To:** 'Wes Capps'; Stephen G. Parras; Julie Terrel
**Cc:** Cindy E. Williams; Kyle Johnson; Robin Herbst; Pete Robancho; Gail Garner
**Subject:** RE: Dry Rate Quote PO # 362728 Alfa Supply

Good Morning,
Payment has not been received for the attached invoice and the aging has slipped to over N30 days.  Can you please respond with a check number and date paid?
Thank you!

Gloria Kimball
Coastal Pacific Foods
Accounts Receivable Manager
757-985-3470  phone
757-985-3477  fax

---

**From:** Wes Capps [mailto:wcapps@itsnational.com]
**Sent:** Wednesday, September 06, 2017 2:31 PM
**To:** Stephen G. Parras; Julie Terrel
**Cc:** Cindy E. Williams; Kyle Johnson; Robin Herbst; Pete Robancho; Gloria Kimball
**Subject:** RE: Dry Rate Quote PO # 362728 Alfa Supply

Stephen,

We have already explained to the carrier/ driver/ dispatcher that you will not accept the freight.  I apologize that he is still calling you.

My team will be notified of this immediately and we will take care of it.

Thank you,



**Wes Capps**

Account Executive
Direct:  (775) 501-3266
Main:  (775) 358-5300
Fax:  (877) 361-6113
50 W. Liberty St., Suite 400
Reno, Nevada 89501

wcapps@itsnational.com
itsnational.com

**From:** Stephen G. Parras [mailto:Stephen.Parras@cpfd.com]
**Sent:** Wednesday, September 6, 2017 11:28 AM
**To:** Wes Capps <wcapps@itsnational.com>; Julie Terrel <Julie.Terrel@cpfd.com>
**Cc:** Cindy E. Williams <Cindy.Williams@cpfd.com>; Kyle Johnson <kyle.johnson@cpfd.com>; Robin Herbst <Robin.Herbst@cpfd.com>; Pete Robancho <Pete.Robancho@cpfd.com>; Gloria Kimball <Gloria.Kimball@cpfd.com>
**Subject:** RE: Dry Rate Quote PO # 362728 Alfa Supply
**Importance:** High

Wes,

Your driver Slav that has this load just called two other associates asking to speak to the owner of our company and also wanting to schedule delivery of this load.   You or someone from your company needs to contact your driver and inform him that this load has been cancelled and we will not take delivery of this product.    Also not to call anyone with our company again.

Thank you

Stephen Parras
Coastal Pacific Food Distributors
Prime Vendor Division
Transportation Dept.
1015 Performance Drive
Stockton, Ca. 95206
(209) 983-2454 Ext 213
(209) 983-8543 Fax

**From:** Wes Capps [mailto:wcapps@itsnational.com]
**Sent:** Thursday, August 31, 2017 2:54 PM
**To:** Julie Terrel; Stephen G. Parras
**Cc:** Cindy E. Williams; Kyle Johnson; Robin Herbst; Pete Robancho; Gloria Kimball
**Subject:** RE: Dry Rate Quote PO # 362728 Alfa Supply

Julie I'll get this info to the appropriate people on my end, thanks.

I'll advise on payment as soon as possible.

6

Thank you,



**Wes Capps**

Account Executive
Direct: (775) 501-3266
Main: (775) 358-5300
Fax: (877) 361-6113
50 W. Liberty St., Suite 400
Reno, Nevada 89501

wcapps@itsnational.com
itsnational.com

---

**From:** Julie Terrel [mailto:Julie.Terrel@cpfd.com]
**Sent:** Thursday, August 31, 2017 2:12 PM
**To:** Stephen G. Parras <Stephen.Parras@cpfd.com>; Wes Capps <wcapps@itsnational.com>
**Cc:** Cindy E. Williams <Cindy.Williams@cpfd.com>; Kyle Johnson <kyle.johnson@cpfd.com>; Robin Herbst <Robin.Herbst@cpfd.com>; Pete Robancho <Pete.Robancho@cpfd.com>; Gloria Kimball <Gloria.Kimball@cpfd.com>
**Subject:** RE: Dry Rate Quote PO # 362728 Alfa Supply
**Importance:** High

Wes,

Attached is the invoice billing you for the cargo and signed BOL from the Driver for the load that we will need reimbursement for.  Please advise on payment.

Best Regards,

Julie

**Julie Terrel** | Director of Prime Vendor Operations| **Coastal Pacific Food Distributors, Inc.**
1015 Performance Drive | Stockton, CA | 95206
T: 209 983 2454 ext. 182 | F: 209 983 8507 |M: 209-684-3661  | Julie.Terrel@cpfd.com

---

**From:** Stephen G. Parras
**Sent:** Thursday, August 31, 2017 9:46 AM
**To:** Wes Capps <wcapps@itsnational.com>
**Cc:** Cindy E. Williams <Cindy.Williams@cpfd.com>; Kyle Johnson <kyle.johnson@cpfd.com>; Robin Herbst <Robin.Herbst@cpfd.com>; Jo Ann Kautz <JoAnn.Kautz@cpfd.com>; Pete Robancho <Pete.Robancho@cpfd.com>; Julie Terrel <Julie.Terrel@cpfd.com>
**Subject:** RE: Dry Rate Quote PO # 362728 Alfa Supply

Thank you

Stephen Parras
Coastal Pacific Food Distributors
Prime Vendor Division
Transportation Dept.
1015 Performance Drive
Stockton, Ca. 95206

7

(209) 983-2454 Ext 213
(209) 983-8543 Fax

---

**From:** Wes Capps [mailto:wcapps@itsnational.com]
**Sent:** Thursday, August 31, 2017 9:43 AM
**To:** Stephen G. Parras
**Cc:** Cindy E. Williams; Kyle Johnson; Robin Herbst; Jo Ann Kautz; Pete Robancho; Julie Terrel
**Subject:** RE: Dry Rate Quote PO # 362728 Alfa Supply

Stephen I will let my team here know.

Once I have an update regarding this claim, I will update you all.

Thank you,



**Wes Capps**

Account Executive
Direct: (775) 501-3266
Main: (775) 358-5300
Fax: (877) 361-6113
50 W. Liberty St., Suite 400
Reno, Nevada 89501

wcapps@itsnational.com
itsnational.com

---

**From:** Stephen G. Parras [mailto:Stephen.Parras@cpfd.com]
**Sent:** Thursday, August 31, 2017 9:40 AM
**To:** Wes Capps <wcapps@itsnational.com>
**Cc:** Cindy E. Williams <Cindy.Williams@cpfd.com>; Kyle Johnson <kyle.johnson@cpfd.com>; Robin Herbst <Robin.Herbst@cpfd.com>; Jo Ann Kautz <JoAnn.Kautz@cpfd.com>; Pete Robancho <Pete.Robancho@cpfd.com>; Julie Terrel <Julie.Terrel@cpfd.com>
**Subject:** RE: Dry Rate Quote PO # 362728 Alfa Supply

Wes,

We will not take delivery of this product from PO # 362728 any longer.

Stephen Parras
Coastal Pacific Food Distributors
Prime Vendor Division
Transportation Dept.
1015 Performance Drive
Stockton, Ca. 95206
(209) 983-2454 Ext 213
(209) 983-8543 Fax

---

**From:** Wes Capps [mailto:wcapps@itsnational.com]
**Sent:** Tuesday, August 29, 2017 12:46 PM
**To:** Stephen G. Parras
**Cc:** Cindy E. Williams; Kyle Johnson; Robin Herbst
**Subject:** RE: Dry Rate Quote PO # 362728 Alfa Supply

Stephen I don't have a delivery ETA for you yet at this point.

8

What I do need from you is preferably a commercial invoice for this load or at least a rough estimate of the dollar value of this product.

We need this to get to the carrier's insurance company.

Please and thank you.



**Wes Capps**

Account Executive
Direct:  (775) 501-3266
Main:  (775) 358-5300
Fax:  (877)  361-6113
50 W. Liberty St., Suite 400
Reno, Nevada 89501

wcapps@itsnational.com
itsnational.com

**From:** Stephen G. Parras [mailto:Stephen.Parras@cpfd.com]
**Sent:** Tuesday, August 29, 2017 10:56 AM
**To:** Wes Capps <wcapps@itsnational.com>
**Cc:** Cindy E. Williams <Cindy.Williams@cpfd.com>; Kyle Johnson <kyle.johnson@cpfd.com>; Robin Herbst <Robin.Herbst@cpfd.com>
**Subject:** RE: Dry Rate Quote PO # 362728 Alfa Supply
**Importance:** High

Wes,

I need an updated status on the delivery of this load?

Stephen Parras
Coastal Pacific Food Distributors
Prime Vendor Division
Transportation Dept.
1015 Performance Drive
Stockton, Ca. 95206
(209) 983-2454 Ext 213
(209) 983-8543 Fax

**From:** Wes Capps [mailto:wcapps@itsnational.com]
**Sent:** Tuesday, August 29, 2017 8:32 AM
**To:** Stephen G. Parras
**Cc:** Cindy E. Williams; Kyle Johnson; Robin Herbst
**Subject:** RE: Dry Rate Quote PO # 362728 Alfa Supply

Stephen I apologize for this carrier contacting you directly.  We are compensating our carrier for these fees, however the carrier is being irrational and they are demanding payment in full for everything prior to delivery, which we for good reason have a policy against doing.  We cannot legally pay them in full for their services until the delivery is verified to have been made.

This carrier has been blacklisted from our company, as well as been reported to DOT amongst other agencies who monitor and keep track of fraudulent activity.

9

Until my management team has this resolved, I would recommend you avoid calls from this person.  We are very aware of your need for this product, and please trust that are doing everything in our power as an organization to resolve this quickly.

Lastly, you will not be paying any additional fees for anything.

I will advise shortly, thanks.



**Wes Capps**

Account Executive
Direct:  (775) 501-3266
Main:  (775) 358-5300
Fax:  (877)  361-6113
50 W. Liberty St., Suite 400
Reno, Nevada 89501

wcapps@itsnational.com
itsnational.com

---

**From:** Stephen G. Parras [mailto:Stephen.Parras@cpfd.com]
**Sent:** Tuesday, August 29, 2017 8:24 AM
**To:** Wes Capps <wcapps@itsnational.com>
**Cc:** Cindy E. Williams <Cindy.Williams@cpfd.com>; Kyle Johnson <kyle.johnson@cpfd.com>; Robin Herbst <Robin.Herbst@cpfd.com>
**Subject:** RE: Dry Rate Quote PO # 362728 Alfa Supply
**Importance:** High

Wes,

I know you are working and have been but you need to get it resolved with your driver because we need the delivery.   Your driver just called in to our office and just called me as well and said he will not make the delivery until they are paid the detention fee they feel they are owed..    We will not pay detention fee.

Please advise

Stephen Parras
Coastal Pacific Food Distributors
Prime Vendor Division
Transportation Dept.
1015 Performance Drive
Stockton, Ca. 95206
(209) 983-2454 Ext 213
(209) 983-8543 Fax

---

**From:** Wes Capps [mailto:wcapps@itsnational.com]
**Sent:** Tuesday, August 29, 2017 8:16 AM
**To:** Stephen G. Parras
**Cc:** Cindy E. Williams; Kyle Johnson; Robin Herbst
**Subject:** RE: Dry Rate Quote PO # 362728 Alfa Supply

Stephen I apologize, but as of this morning we are still working on getting this driver to make delivery to you, hopefully by today.  By 0900 will not happen unfortunately.

10