**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COASTAL PACIFIC FOOD DISTRIBUTORS, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ITS LOGISTICS, LLC, a Delaware limited liability company; SLMG TRANSPORT, INC., a Colorado corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:20-CV-01521-TLN-JDP<br><br>**ORDER RE:**<br>**PARTIES' JOINT STIPULATION TO SET ASIDE DEFAULT**<br><br>*Assigned to:*<br>*Magistrate Judge Jeremy D. Peterson*<br><br>Action Filed: 7/29/2020<br>Trial Date: TBD |

The Court is in receipt of Defendant ITS Logistics, LLC ("ITS") and Coastal Pacific Food Distributors' ("CPFD") Joint Stipulation to Set Aside Default, filed on November 30, 2020 (the "Stipulation"). In their request, the parties request that the Court enter an order setting aside the default entered against ITS on September 22, 2020 (the "Default"). The Court acknowledges that the parties have also requested that the Court vacate the Default hearing set on December 17, 2020. Recognizing that the parties' mutual assent to the Stipulation negates any prejudice in making such an order, the Court grants the parties' Joint Stipulation to Set Aside Default as follows:

**IT IS ORDERED,** setting aside the default entered against ITS on September 22, 2020.

**IT IS FURTHER ORDERED,** vacating the hearing on the Default presently set for December 17, 2020.

**IT IS FURTHER ORDERED**, Defendant ITS Logistics, LLC has **twenty-one**

1 **(21)** days following the date of this Order to file its responsive pleading to Plaintiff
2 CPFD's Complaint.
3
4 DATED: December 2, 2020
5
                                 Troy L. Nunley
6                                  United States District Judge