BRENT M. FINCH, ESQ., SBN 202866
SCOTT D. BLEIFER, ESQ., SBN 161737
**FINCH TETZLAFF, LLP**
A Professional Law Corporation
27200 Agoura Road, Suite 102
Calabasas, California 91301
Tel:    (818) 436-6411

Attorneys for Plaintiff
COASTAL PACIFIC FOOD DISTRIBUTORS, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COASTAL PACIFIC FOOD DISTRIBUTORS, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ITS LOGISTICS, LLC, a Delaware Limited Liability Company; SLMG TRANSPORT, INC. a Colorado corporation, and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No. 2:20-CV-01521-TLN-JDP<br>*Assigned to Magistrate Judge Jeremy D. Peterson*<br><br>Complaint Filed: 7/29/2020<br>Trial Date: TBD<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVEN that pursuant to *Federal Rules of Civil Procedure*, Rule 41(a) plaintiff COASTAL PACIFIC FOOD DISTRIBUTORS voluntarily dismisses defendant ITS Logistics, LLC, from the above-captioned action with prejudice.

Dated:  January 28, 2021

**FINCH TETZLAFF, LLP**

By: _____
        Scott D. Bleifer
        Attorneys for Plaintiff
        COASTAL PACIFIC FOOD
        DISTRIBUTORS, INC.

- 1 -
**NOTICE OF VOLUNATARY DISMISSAL**

***Coastal Pacific Food Distributors v. ITS Logistics, LLC.***
***USDC Eastern District Case No. 2:20-CV 01521-TLN-JDP***

## PROOF OF SERVICE

STATE OF CALIFORNIA        )
                          )
COUNTY OF LOS ANGELES     )

I am employed in the county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is: 27200 Agoura Road, Suite 102, Calabasas, CA 91301.

On January 28, 2021, I served the foregoing document described as: **NOTICE OF VOLUNTARY DISMISSAL**

 on all interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

[ ]      (BY MAIL)  I am familiar with the ordinary business practice of Finch Law for collection and processing of correspondence for mailing with the United States Postal Service at the aforementioned place of business and that the above-entitled document was placed in a sealed envelope and deposited for collection and mailing on the date stated above, following such ordinary practices, and in such manner as to cause it to be deposited with the United States Postal Service that same day, with postage thereon fully prepaid, in the ordinary course of business, addressed as indicated above.

[X]      (BY E-MAIL) I caused such document to be e-mailed to the addressees on the attached service list.

[]      (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the addressee.

[]      (BY EXPRESS MAIL, CCP 1013(c,d) I caused such envelope to be placed in the box regularly maintained by the express service carrier, Federal Express..

[X]      (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]      Executed on January 28, 2021, at Calabasas, California.

Scott D. Bleifer

- 2 -
**NOTICE OF VOLUNATARY DISMISSAL**

**SERVICE LIST**

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
CHRISTOPHER R. RODRIGUEZ, SB#212274
    E-Mail: Chris.Rodriguez@lewisbrisbois.com
ALEC RISHWAIN, SB# 322302
    E-Mail: Alec.Rishwain@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444
Attorneys for Defendant, ITS LOGISTICS, LLC

**NOTICE OF VOLUNATARY DISMISSAL**